699 A.2d 731

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Shane MERCER, Appellant.**

Supreme Court of Pennsylvania.

Argued April 29, 1996.

Decided Sept. 17, 1997.

Laurence Harmelin, Philadelphia, for appellant.

Stuart B. Suss, West Chester, for appellee.

Before FLAHERTY, ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

NIX, Former C.J., did not participate in the consideration or decision of this case.